IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| William H. Best,<br><br>　　　　　Plaintiff,<br>v.<br><br>CBE Group, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Civil Action No.: 6:11-cv-00128-BAE-GRS |

### SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(A)(1)

Lemberg & Associates, LLC, attorney of record for William H. Best in this case, suggests upon the record pursuant to Rule 25(a) (1), the death of Plaintiff William H. Best during the pendency of this action.

Dated: January 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/  Cara Hergenroether, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney Bar No.: 570753
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff William H. Best
　　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　1400 Veterans Memorial Highway
　　　　　　　　　　　　　　　　　　　　　　　Suite 134, #150
　　　　　　　　　　　　　　　　　　　　　　　Mableton, GA 30126
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (855) 301-2100 ext. 5516
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (888) 953-6237
　　　　　　　　　　　　　　　　　　　　　　　Email: chergenroether@lemberglaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

The undersigned further certifies that she has sent a copy of these papers via electronic mail and U.S. Mail, postage pre-paid, addressed as follows:

Thomas Lockard
Manager, Regulatory Compliance
CBE Group
1309 Technology Parkway
Cedar Falls, Iowa  50613
tjlockard@cbegroup.com


By: /s/ Cara Hergenroether
Cara Hergenroether, Esq.