IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM H. BEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 611-128-BAE |
| | ) |
| CBE GROUP, INC., et al | ) |

### ORDER

The Court has considered the suggestion of death upon the record in this matter and is mindful that a substitute representative will be required. **ACCORDINGLY, IT IS ORDERED** that this matter is stayed pending appointment of the substitute plaintiff for a period not to exceed ninety (90) days.

**SO ORDERED** this _____ day of January, 2012.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia