IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR 30  AM 11: 14

CLERK _____
  SO. DIST. OF GA.

| | |
|---|---|
| William H. Best, | : |
| Plaintiff, | : Civil Action No.: 6:11-cv-00128-BAE-GRS |
| v. | : |
| CBE Group, Inc. and DOES 1-10, inclusive, | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff William H. Best, through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: April 26, 2012

Respectfully submitted,

/s/ Cara Hergenroether, Esq.
Attorney Bar No.: 570753
Attorney for Plaintiff William H. Best
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:  (888) 953-6237
Email: chergenroether@lemberglaw.com

APPROVED AND DISMISSED this ____ day of April, 2012.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2012, a true and correct copy of the foregoing Notice Of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424